1  **STEVE EMERY TEICH**
   Cal. State Bar No. **78397**
2  1390 Market Street
   Fox Plaza, Suite 310
3  San Francisco, CA 94102
   Telephone: (415) 864-5494
4
   Attorney for Defendant
5  **CLAUDIO BETANCOURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA,

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. **12-00233-DLJ** |
| ) | |
| Plaintiff, ) | **STIPULATION AND [] ORDER** |
| ) | **TO CONTINUE SETTING DATE AND TO** |
| v. ) | **EXCLUDE TIME UNDER SPEEDY TRIAL** |
| ) | **ACT[18 U.S.C. § 3161(h)]** |
| **CLAUDIO BETANCOURT**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defense counsel is currently in trial in the Northern District Court before Honorable Judge Chesney, in the case of *United States vs. Victor Santos*, 11-cr-0440. The trial is expected to last until July 30, 2012. Defense counsel therefore requests a continuance of the case set before Judge Jensen until August 9, 2012 at 9:00 a.m. which is the next Thursday morning available to defense counsel. Defense makes this request to provide for continuity of counsel. Defense counsel also requests the matter of reconsideration of bail now set before Magistrate Judge Singh Grewal at 1:30 p.m. to be vacated and to be reset by counsel.

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defendant continuity of counsel. The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties, through their respective counsel, hereby stipulate and request that the hearing on the setting date scheduled in this case for July 26, 2012, at 9:00 a.m before Judge Jensen should be vacated and the matter reset for a hearing on for August 9, 2012, at 9:00 a.m., or as soon thereafter as may be heard by the

Court. The matter before Magistrate Judge Singh Grewal should be dropped from calendar to be reset by defense counsel. In addition, the parties stipulate that the time period from July 26, 2012, to August 9, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and due to the need to provide defendant with continuity of counsel with the reasonable time to prepare. A proposed order is attached and lodged separately for the Court's convenience.

Respectfully submitted,

DATED: July 25, 2012

By: /s/ *Steve E. Teich*
STEVE E. TEICH
Attorney for Defendant
CLAUDIO BETANCOURT

DATED: July 25, 2012

MELNDA HAGG
United States Attorney

By: /s/ *Daniel Kaleba*
DANIEL KALEBA
Assistant U.S. Attorney
For the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CR. No. CR. **12-00233-DLJ** |
| | ) | |
| Plaintiff, | ) | [PROPOSED] **ORDER TO CONTINUE SETTING DATE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |
| v. | ) | **[18 U.S.C. § 3161(h)]** |
| | ) | |
| **CLAUDIO BETANCOURT**, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the reasons set forth in the stipulation of the parties filed on July 25, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

**IT IS HEREBY ORDERED** that the hearings scheduled for July 26, 2012, before Judge Jensen and Magistrate Judge Singh Grewel is vacated and that the case before Judge Jensen is set for a hearing on **August 9, 2012,** at **9:00 a.m.** or as soon thereafter as may be heard by the Court.

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, **IT IS HEREBY ORDERED** that, for the reasons stated in the parties' July 25, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from July 24, 2012, through August 9, 2012, pursuant

to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), due to the need to provide defendant continuity of counsel

**IT IS SO ORDERED.**

DATED: _____

By: _____
**HONORABLE LLOYD JENSEN**
United States District Judge
Northern District of California

4

STIPULATION AND [~~PROPOSE~~ ORDER] TO CONTINUE SETTING DATE AND TO EXCLUDE TIME [18 USC §3161(h)